UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 10-02211 DMG (DTB) | Date | November 29, 2010 |
|---|---|---|---|

| Title | *Franco-Gonzalez, et al. v. Janet Napolitano, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER REQUIRING ADDITIONAL BRIEFING**

On November 24, 2010, the Court issued an order granting the *Ex Parte* Application for Temporary Restraining Order ("TRO") filed by Plaintiffs Aleksandr Petrovich Khukhryanskiy and Ever Francisco Martinez-Rivas.

In their briefs, the parties neglected to address the security for the issuance of the TRO. Pursuant to Fed. R. Civ. P. 65(c), the Court may issue a temporary restraining order "only if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained."

In light of the foregoing, the parties shall be prepared to address the security at the telephone status conference set for November 30, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**