UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 10-2211-DMG(DTBx) | Date | DECEMBER 8, 2010 |
|---|---|---|---|
| Title | JOSE ANTONIO FRANCO-GONZALEZ V. JANET NAPOLITANO, ERIC H. HOLDER, JR., ET AL., | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Ahilian T. Arulanantham | Victor Lawrence |
| Michael Steinberg | Alexandra R. Tinkham |
| Damion D. D. Robinson | |
| Jen Stark | |

**Proceedings:  HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (filed 11-15-10) [26]**

The case is called and counsel state their appearance. The Court hears oral argument regarding issues raised in the motion for preliminary injunction. Following discussions with counsel, the Court extends the Temporary Restraining Order until **December 22, 2010**. The parties shall meet and confer re a possible informal resolution of all or a portion of the issues raised on the motion for preliminary injunction and shall report to the Court regarding the status of their mediation efforts as expeditiously as possible but by no later than **December 17, 2010**. If necessary, the parties may notify the Court if they require assistance in identifying a mediator.

Defendants may file a supplemental brief (no more than five pages in length) re Plaintiffs' Criminal Justice Act argument by no later than **December 15, 2010 at noon**. Plaintiffs may file a supplemental brief (no more than five pages in length) re Defendants' Rehabilitation Act administrative exhaustion argument by no later than **December 15, 2010 at noon**. The parties may file a response to the supplemental briefs of no more than three pages in length by **December 17, 2010**. Thereafter, the motion for preliminary injunction will stand submitted and a written order will issue.

cc: all parties

__: 27