1  AHILAN T. ARULANANTHAM (State Bar No. 237841)
   aarulanantham@aclu-sc.org
2  JENNIFER STARK (State Bar No. 267062)
   jstark@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, California 90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 417-2211

6  Attorneys for Plaintiffs
   (additional counsel listed on following page)
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  JOSE ANTONIO FRANCO-               )  Case No. 10-CV-02211 DMG (DTB)
    GONZALEZ, et al., etc.             )
12                                     )  **PLAINTIFFS' NOTICE OF**
              *Plaintiffs & Petitioners,*  )  **MOTION AND MOTION FOR**
13                                     )  **CLASS CERTIFICATION**
                 v.                    )
14                                     )  Judge:   Honorable Dolly M. Gee
    ERIC H. HOLDER, JR.,               )  Hearing Date: April 15, 2011
    Attorney General, et al.,          )  Time: 2:00 p.m.
15                                     )  Courtroom: 7
              *Defendants & Respondents.*  )
16                                     )  Trial Date:  Not set
                                       )
17                                     )
                                       )  *Filed concurrently herewith*:
18                                     )
                                       )  Memorandum of Points & Authorities;
19                                     )  Request for Judicial Notice; Exhibits
                                       )  113-142; Notice of Manual Filing;
20                                     )  Notice of Lodging of Audio
                                       )  Recordings; Ex Parte Application to
21                                     )  File Under Seal; Notice of Lodging of
                                       )  [Proposed] Order; [Proposed] Order;
22                                     )  and Certificate of Service
                                       )
23  _____)

24

25

26

27

28

JUDY LONDON (State Bar No. 149431)
jlondon@publiccounsel.org
TALIA INLENDER (State Bar No. 253796)
tinlender@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile:  (213) 385-9089

MICHAEL H. STEINBERG (State Bar No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile:  (310) 712-8800

JUDY RABINOVITZ (*pro hac vice*)
JRabinovitz@aclu.org
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618

DAVID BLAIR-LOY (State Bar No. 229235)
dblairloy@aclusandiego.org
SEAN RIORDAN (State Bar No. 255752)
sriordan@aclusandiego.org
ACLU OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, California 92138
Telephone: (619) 232-2121
Facsimile:  (619) 232-0036

JAMES PREIS (State Bar No. 82690)
jpreis@mhas-la.org
MENTAL HEALTH ADVOCACY SERVICES
3255 Wilshire Boulevard, Suite 902
Los Angeles, California 90010
Telephone: (213) 389-2077
Facsimile:  (213) 389-2595

MATT ADAMS (*pro hac vice*)
matt@nwirp.org
RIDDHI MUKOPADHYAY (*pro hac vice*)
riddhi@nwirp.org
NORTHWEST IMMIGRANTS' RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, Washington 98104-2244
Telephone: (206) 957-8611
Facsimile:  (206) 587-4025

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE on April 15, 2011, at 2:00 p.m., or as soon thereafter as the matter may be heard, Plaintiffs will and hereby move for an order seeking class certification. The motion will be heard in Courtroom 7 of the above-entitled court located at 312 North Spring Street, Los Angeles, California 90012. Through that motion, Plaintiffs seek a class certification order as follows:

1.      Certifying that this action is maintainable as a class action under Rules 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure;

2.      Certifying the following Plaintiff Class:
Plaintiff Class: *All individuals who are or will be in DHS custody for removal proceedings in California, Arizona, and Washington who have been identified by or to medical personnel, DHS, or an Immigration Judge, as having a serious mental disorder or defect that may render them incompetent to represent themselves in detention or removal proceedings, and who presently lack counsel in their detention or removal proceedings,* (Am. Compl. ¶ 106);

3.      Certifying the following sub-classes:
Sub-Class 1: *Individuals in the above-named Plaintiff Class who have a serious mental disorder or defect that renders them incompetent to represent themselves in detention or removal proceedings,* (*id.* ¶ 107); and

Sub-Class 2: *Individuals in the above-named Plaintiff Class who have been detained for more than six months.* (*Id.* ¶ 108.)

4.      Appointing Plaintiffs Jose Chavez ("Chavez"), Ever Francisco Martinez-Rivas ("Martinez"), Aleksandr Petrovich Khukhryanskiy ("Khukhryanskiy"), and Maksim Piotrovich Zhalezny ("Zhalezny") as class representatives for the Plaintiff Class;

5.      Appointing Plaintiffs Chavez, Martinez, Khukhryanskiy, and Zhalezny as class representatives for Sub-Class 1;

6.      Appointing Plaintiffs Martinez, Khukhryanskiy, and Zhalezny as class representatives for Sub-Class 2; and

1          7.    Appointing Ahilan T. Arulanantham, Jennifer Stark, Judy

2  London, Talia Inlender, Michael H. Steinberg, Judy Rabinovitz, David Blair-Loy,

3  Sean Riordan, James Preis, and Matt Adams as class counsel.

4          This motion is made following the conference of counsel pursuant to

5  L.R. 7-3, which took place on January 7, 14, and 20, 2011.  The Government has

6  stated that it opposes this Motion, and intends to file an opposition.  (*See*

7  Declaration of Michael H. Steinberg, ¶ 25.)  This Motion is timely filed in

8  accordance with this Court's order of February 2, 2011, permitting Plaintiffs to file

9  their Motion for Class Certification by February 14, 2011.  (Dkt. # 122.)

10          Pursuant to Fed. R. Civ. Proc. 23(a), this Motion will be made on the

11  grounds that:  (1) the members of the Plaintiff Class, Sub-Class 1, and Sub-Class 2

12  (the "classes") are so numerous that joinder of all members is impracticable;

13  (2) there exist questions of fact or law common to the classes; (3) the claims and

14  defenses of the class representatives are typical to those of the classes; and (4) the

15  class representatives will fairly and adequately protect the interests of the classes.

16  This Motion is also made on the grounds that the classes are maintainable under

17  Rule 23(b)(2) of the Federal Rules of Civil Procedure because "the party opposing

18  the class has acted or refused to act on grounds generally applicable to the class,

19  thereby making appropriate final injunctive relief or corresponding declaratory

20  relief with respect to the class as a whole."

21  //

22  //

23  //

24

25

26

27

28

1        Plaintiffs' Motion is based upon this Notice of Motion and the

2   Motion, the declaration and exhibits filed concurrently with the Notice of Motion,

3   the pleadings and records on file in this action, and such additional authorities,

4   evidence, and arguments as may be presented in reply at any hearing on Plaintiffs'

5   Motion.

6        The schedule for briefing on this Motion is as set forth in a Stipulation

7   between the parties, entered by this Court on February 2, 2010.

8

9   Dated:  February 14, 2011           Respectfully submitted,

10

11                    By:   /s/ Michael H. Steinberg

12                        MICHAEL H. STEINBERG

13                        SULLIVAN & CROMWELL LLP

14                        Attorney for Plaintiffs-Petitioners

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-