1  AHILAN T. ARULANANTHAM (State Bar No. 237841)
   aarulanantham@aclu-sc.org
2  MARISOL ORIHUELA (State Bar No. 261375)
   morihuela@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, California 90017
   Telephone: (213) 977-5211
5  Facsimile: (213) 417-2211

6  MICHAEL H. STEINBERG (State Bar No. 134179)
   steinbergm@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
8  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
9  Facsimile: (310) 712-8800

10
11 *Attorneys for Plaintiffs-Petitioners*
   (Additional Counsel for Plaintiffs
    on Following Page)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, et al., | Case No. 10-CV-02211 DMG (DTBx) |
| *Plaintiffs-Petitioners,* | **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | Honorable Dolly M. Gee |
| ERIC H. HOLDER, Jr., Attorney General, et al., | Hearing Date: August 9, 2012 |
| *Defendants-Respondents.* | Hearing Time: 2:00 p.m. |

1  JUDY LONDON (State Bar No. 149431)
   jlondon@publiccounsel.org
2  TALIA INLENDER (State Bar No. 253796)
   tinlender@publiccounsel.org
3  PUBLIC COUNSEL
   610 South Ardmore Avenue
4  Los Angeles, California 90005
   Telephone: (213) 385 2977
5  Facsimile: (213) 385-9089

6  JUDY RABINOVITZ (State Bar No. JR-1214)
   JRabinovitz@aclu.org
7  ACLU IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
8  New York, New York 10004-2400
   Telephone: (212) 549-2618
9  Facsimile: (212) 549-2654

10 DAVID LOY (State Bar No. 229235)
   dblairloy@aclusandiego.org
11 SEAN RIORDAN (State Bar No. 255752)
   sriordan@aclusandiego.org
12 ACLU OF SAN DIEGO & IMPERIAL COUNTIES
   P.O. Box 87131
13 San Diego, California 92138
   Telephone: (619) 232-2121
14 Facsimile: (619) 232-0036

15 JAMES PREIS (State Bar No. 82690)
   jpreis@mhas-la.org
16 MENTAL HEALTH ADVOCACY SERVICES
   3255 Wilshire Boulevard, Suite 902
17 Los Angeles, California 90010
   Telephone: (213) 389-2077
18 Facsimile: (213) 389-2595

19 MATT ADAMS (State Bar No. 28287)
   matt@nwirp.org
20 RIDDHI MUKHOPADHYAY
   riddhi@nwirp.org
21 NORTHWEST IMMIGRANT RIGHTS PROJECT
   615 2nd Avenue, Suite 400
22 Seattle, Washington 98104-2244
   Telephone: (206) 957-8611
23 Facsimile: (206) 587-4025

24 JAMES LYALL (State Bar No. 330045)
   jlyall@acluaz.org
25 ACLU FOUNDATION OF ARIZONA
   3707 N. 7th Street, Suite 235
26 Phoenix, Arizona 85014
   Telephone: (602) 773-6001
27 Facsimile: (602) 650-1376

28 *Attorneys for Plaintiffs-Petitioners*

To all Parties and their counsel of record, please take notice that a hearing is set on August 9, 2012, before the Honorable Dolly M. Gee, in Courtroom 7 of the United States District Court, Central District of California, Western Division, located at 312 North Spring Street, Los Angeles, California, 90012 at 2:00 p.m.. Plaintiffs will and hereby move for partial summary judgment on Counts 3-5 and 8-10 of the Third Amended Complaint. In conformity with the partial summary judgment ruling, Plaintiffs will and hereby move that the Court make permanent its preliminary injunction rulings, *see* Dkt. 107, 215, 285, and that it apply those rulings to the Named Representatives and all members of Subclasses One and Two.

The grounds for this motion are as follows. First, Defendants' failure to provide Qualified Representatives for all individuals who are not competent to represent themselves in immigration proceedings, including Named Representatives Martinez, Khukhryanskiy, Zhalezny, and Chavez, violates Section 504 of the Rehabilitation Act. Second, Defendants' failure to provide appointed counsel for those same individuals violates the Immigration and Nationality Act and the Due Process Clause. For these reasons, Plaintiffs move for summary judgment on Counts 3, 4, and 5 of their Complaint.

Third, Defendants' failure to provide rigorous bond hearings (i.e., "*Casas*" hearings) for all individuals with serious mental disorders or defects in immigration proceedings who have been detained for more than six months, including Named Representatives Martinez, Khukhryanskiy, Zhalezny, and Sepulveda, violates the Immigration and Nationality Act and the Due Process Clause. Fourth, Defendants' failure to provide such hearings to those same individuals also violates Section 504 of the Rehabilitation Act. For these reasons, Plaintiffs move for summary judgment on Counts 8, 9, and 10 of their Complaint.

Plaintiffs' motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, Plaintiffs' Local Rule 56-1

Statement of Uncontroverted Facts and Conclusions of Law ("SUF"), the Declaration of Marisol Orihuela and accompanying exhibits, all prior briefing and evidence submitted in this case, and any further material and argument presented to the Court at the time of the hearing.

This motion is made following the conference of counsel pursuant to Local Rule 7-3. Plaintiffs first apprised counsel for the government of their intention to file this motion on January 25, 2012. The parties then met and conferred regarding the motion on or about January 27, 2012. However, because the Parties then entered into settlement negotiations and a stay of this litigation, Plaintiffs refrained from filing the motion. After the Court lifted the stay of removal at Plaintiffs' request, on June 14, 2012 Plaintiffs again met and conferred with Defendants regarding the substance of this Motion. Defendants stated on both occasions that they oppose this Motion.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: July 9, 2012

s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
Counsel for Plaintiffs-Petitioners

2