1  AHILAN T. ARULANANTHAM (State Bar No. 237841)
   aarulanantham@aclu-sc.org
2  CARMEN IGUINA (State Bar No. 277369)
   ciguina@aclu-sc.org
3  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West 8th Street
4  Los Angeles, California 90017
   Telephone: (213) 977-5211
5  Facsimile:  (213) 417-2211

6  MICHAEL H. STEINBERG (State Bar No. 134179)
   steinbergm@sullcrom.com
7  SULLIVAN & CROMWELL LLP
   1888 Century Park East, Suite 2100
8  Los Angeles, California 90067-1725
   Telephone: (310) 712-6600
9  Facsimile:  (310) 712-8800

10 *Attorneys for Plaintiffs-Petitioners*
   (additional counsel listed on the following page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*,<br><br>*Plaintiffs & Petitioners*,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General, *et al.*,<br><br>*Defendants & Respondents*, | Case No. 10-CV-02211 DMG (DTBx)<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES**<br><br>Honorable Dolly M. Gee |

```
 1  JUDY LONDON (State Bar No. 149431)
    jlondon@publiccounsel.org
 2  TALIA INLENDER (State Bar No. 253796)
    tinlender@publiccounsel.org
 3  PUBLIC COUNSEL
    610 South Ardmore Avenue
 4  Los Angeles, California 90005
    Telephone: (213) 385 2977
 5  Facsimile: (213) 385-9089

 6  JUDY RABINOVITZ (pro hac vice)
    JRabinovitz@aclu.org
 7  ESHA BHANDARI (pro hac vice)
    ebhandari@aclu.org
 8  ACLU IMMIGRANTS' RIGHTS PROJECT
    125 Broad Street, 18th Floor
 9  New York, New York 10004-2400
    Telephone: (212) 549-2618
10  Facsimile: (212) 549-2654

11  DAVID LOY (State Bar No. 229235)
    dblairloy@aclusandiego.org
12  SEAN RIORDAN (State Bar No. 255752)
    sriordan@aclusandiego.org
13  ACLU OF SAN DIEGO & IMPERIAL COUNTIES
    P.O. Box 87131
14  San Diego, California 92138
    Telephone: (619) 232-2121
15  Facsimile: (619) 232-0036

16  JAMES PREIS (State Bar No. 82690)
    jpreis@mhas-la.org
17  MENTAL HEALTH ADVOCACY SERVICES
    3255 Wilshire Boulevard, Suite 902
18  Los Angeles, California 90010
    Telephone: (213) 389-2077
19  Facsimile: (213) 389-2595

20  MATT ADAMS (State Bar No. 28287)
    matt@nwirp.org
21  NORTHWEST IMMIGRANT RIGHTS PROJECT
    615 2nd Avenue, Suite 400
22  Seattle, Washington 98104-2244
    Telephone: (206) 957-8611
23  Facsimile: (206) 587-4025

24  JAMES LYALL (State Bar No. 330045)
    jlyall@acluaz.org
25  ACLU FOUNDATION OF ARIZONA
    3707 N. 7th Street, Suite 235
26  Phoenix, Arizona 85014
    Telephone: (602) 773-6001
27  Facsimile: (602) 650-1376

28  Attorneys for Plaintiffs-Petitioners
```

1 | Plaintiffs respectfully request a 30 day extension to file their motion for
2 | attorneys' fees, which is presently due on May 7, 2013 pursuant to Local Rule 54-
3 | 10. Local Rule 54-10 expressly permits exceptions to its default 14-day deadline
4 | where "ordered by the Court." *See also* Fed. R. Civ. Proc. 54(d)(2)(B) (permitting
5 | extension of deadline if "court order provides"). Undersigned counsel for
6 | Plaintiffs communicated with counsel for Defendants, Victor Lawrence, on April
7 | 30, 2013, who stated that he does not oppose this request.

8 | Good cause supports the requested extension for several reasons. First, the
9 | fee motion Plaintiffs intend to file will be more complex than typical fee motions.
10 | This case involves three years of litigation by multiple attorneys, and different
11 | statutory schemes for the award of fees on the different claims at issue. *See* 29
12 | U.S.C. § 794a(b) (providing for reasonable attorneys' fees to prevailing party
13 | under the Rehabilitation Act); 28 U.S.C. § 2412(d)(1)(A) (authorizing payment of
14 | attorneys' fees to prevailing party in action against the United States, unless
15 | Government shows that its conduct was "substantially justified"). Plaintiffs also
16 | have to segregate some of their time records because they relate to the evaluation
17 | claims, which remain unresolved. For these reasons, Plaintiffs cannot prepare the
18 | motion, or even determine the amount of fees to which they may be entitled, in the
19 | default time period specified under the Local Rule.

20 | For these reasons, Plaintiffs respectfully request that the Court grant this
21 | Application and order them to file any motion for attorneys' fees on or before June
22 | 6, 2013.

Respectfully submitted,

ACLU OF SOUTHERN CALIFORNIA

Dated: May 1, 2013         s/ Ahilan T. Arulanantham
                           Attorney for Plaintiffs-Petitioners