AHILAN T. ARULANANTHAM (State Bar No. 237841)
aarulanantham@aclusocal.org
CARMEN IGUINA (State Bar No. 277369)
ciguina@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone: (213) 977-5211
Facsimile: (213) 417-2211

MICHAEL H. STEINBERG (State Bar No. 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone: (310) 712-6600
Facsimile: (310) 712-8800

*Attorneys for Plaintiffs-Petitioners*
(Additional Counsel for Plaintiffs
 on Following Page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, et al.,<br><br>*Plaintiffs-Petitioners,*<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General, et al.,<br><br>*Defendants-Respondents.* | Case No. 10-CV-02211 DMG (DTBx)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF PARTIAL SETTLEMENT AGREEMENT**<br><br>Hearing: March 27, 2015<br>Time: 9:30 a.m.<br>Courtroom: 7<br><br>Honorable Dolly M. Gee |

JUDY LONDON (State Bar No. 149431)
jlondon@publiccounsel.org
TALIA INLENDER (State Bar No. 253796)
tinlender@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385 2977
Facsimile: (213) 385-9089

JUDY RABINOVITZ (State Bar No. JR-1214)
JRabinovitz@aclu.org
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

BARDIS VAKILI (State Bar No. 247783)
ACLU OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, California 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

JAMES PREIS (State Bar No. 82690)
jpreis@mhas-la.org
MENTAL HEALTH ADVOCACY SERVICES
3255 Wilshire Boulevard, Suite 902
Los Angeles, California 90010
Telephone: (213) 389-2077
Facsimile: (213) 389-2595

MATT ADAMS (State Bar No. 28287)
matt@nwirp.org
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, Washington 98104-2244
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

JAMES LYALL (State Bar No. 330045)
jlyall@acluaz.org
ACLU FOUNDATION OF ARIZONA
3707 N. 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 773-6001
Facsimile: (602) 650-1376

*Attorneys for Plaintiffs-Petitioners*

# NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD,

Please take notice that pursuant to Federal Rule of Civil Procedure 23(e), Plaintiffs move this Court to preliminarily approve the Settlement Agreement Regarding Procedures for Notifying and Reopening Cases of *Franco* Class Members Who Have Received Final Orders of Removal, entered into between Plaintiffs and Defendants. Counsel respectfully suggest that no hearing is required for the Court's consideration of this unopposed motion. However, should the Court desire to hold a hearing, Plaintiffs request that it be held March 27, 2015, or as soon thereafter as the matter may be heard, in Courtroom 7 of the above-entitled court, located at 312 North Spring Street, Los Angeles, California, 90012.

Pursuant to this Court's directive at the January 9, 2015 status conference in this case, the hearing on this motion is calendared for a date earlier than the time required by L.R. 6-1. Pursuant to L.R. 7-15, counsel for Plaintiffs hereby waives oral argument on this motion, with the Court's approval.

Plaintiffs' motion is based on this Notice, the attached Memorandum, Settlement Agreement, and Declaration, and all other pleadings and other documents on file with this Court, as well as any other evidence or argument that may be presented before or at the time of the hearing on the motion.

On February 20, 2015, undersigned counsel for Plaintiffs conferred with Defendants' counsel Jeff Robins, who stated that Defendants do not oppose this motion.

Respectfully submitted,

Dated:  February 27, 2015

By:   /s/ Ahilan T. Arulanantham
AHILAN T. ARULANANTHAM
aarulanantham@aclusocal.org
Counsel for Plaintiffs