**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General, *et al.*,<br><br>*Defendants- Respondents*,<br>_____ | Case No.: CV 10-2211-DMG (DTBx)<br><br>**ORDER re: JOINT STATEMENT REGARDING SETTLEMENT AGREEMENT DEADLINES AND NOTICE PROCEDURES [820]** |

IT IS HEREBY ORDERED THAT:

1. The parties' revised Class Notices, which are amended to reflect the Court's revisions, dated March 30, 2014, and the Parties' stipulation, are APPROVED.

2. The request that the Notice Date be advanced three weeks, to July 27, 2015, or to 30 days after the Court approves the revised (whichever date is latest) is APPROVED.

3. The request that the Objection Date be advanced three weeks, to September 4, 2015, or to 69 days after the Court approves the attached Class Notices (whichever date is latest) is APPROVED;

4. The request that the Final Approval hearing be advanced three weeks, to **September 25, 2015 at 10:00 a.m.,** or at least 90 days after the Court approves the attached Class Notices (whichever is latest) is APPROVED.

DATED: June 24, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE