1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO GONZALEZ, et al., <br><br> *Plaintiffs & Petitioners,* <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, et al., <br><br> *Defendants & Respondents.* | Case No. : CV10-02211 DMG (DTBx) <br><br> **JOINT STIPULATION TO SHORTEN TIME FOR MOTION FOR FINAL APPROVAL [840]** |

The Court has considered the Parties' Joint Stipulation to Shorten Time for Filing Motion for Final Approval. Good cause appearing, the Court hereby orders that the Parties' Motion for Final Approval of the Parties' Agreement Regarding Procedures for Notifying and Reopening Cases of Franco Class Members Who Have Received Final Orders of Removal ("Reopening Settlement Agreement") shall be filed by September 11, 2015.[1]

IT IS SO ORDERED.

DATED: August 19, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] As previously ordered by this Court, the Motion for Final Approval shall be heard on September 25, 2015 at 10:00 a.m. [*See* Doc. # 825.]