# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO GONZALEZ, et al., *Plaintiffs & Petitioners,* v. ERIC H. HOLDER, Jr., Attorney General, et al., *Defendants & Respondents.* | Case No.: CV 10-2211 DMG (DTBx) **ORDER SETTING CONFERENCE RE: REOPENING SETTLEMENT AGREEMENT [848]** |

The Court has considered Plaintiffs' Notice re: Compliance with Notice Program and Request for Telephonic Status Conference and supporting declarations. Good cause appearing, the Court hereby GRANTS Plaintiffs' request and sets a telephonic status conference for **September 18, 2015 at 10:00 a.m.** The September 25, 2015 hearing date for Plaintiffs' Motion for Final Approval of the Reopening Settlement Agreement remains on calendar.

IT IS SO ORDERED.

DATED: September 15, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE