UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.  **CV 10-2211-DMG (DTBx)**                                                      Date  September 25, 2015

Title  *Jose Franco-Gonzalez, et al.  v.  Eric H. Holder, Jr., Attorney General, et al.*

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Ahilan T. Arulanantham | Jeffrey S. Robins, USDOJ |
| Michael Steinberg | Matthew D. Gordon, ICE |
| Carmen G. Iguina | Brianna Evans, EOIR |
| Michael P. Murtagh | |

**Proceedings:  Plaintiffs-Petitioners' Motion for Final Approval of Partial Settlement Agreement [854]**

The cause is called and counsel state their appearance.  The Court and counsel confer.  The Court GRANTS the above-entitled motion for the reasons stated on the record.  A written order will issue and, thereafter, the order staying dismissal of causes of action one, two, three, five, nine, ten and eleven of plaintiffs' third amended complaint [Doc. # 849] shall be LIFTED and the order dismissing remaining claims shall be in effect [Doc. # 844].

                                                                                                                                    : 07

CV-90                                         **CIVIL MINUTES - GENERAL**                       Initials of Deputy Clerk KT