CHAD A. READLER
Acting Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Assistant Director
450 5th Street, N.W., Rm 6102
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
Attorneys for Defendants-Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*, | ) Case No. 10-CV-02211 DMG (DTBx) |
| | ) |
| *Plaintiffs-Petitioners*, | ) **STATUS REPORT** |
| | ) |
| v. | ) |
| | ) |
| KIRSTJEN NIELSEN, Secretary, Department of Homeland Security, *et al.*, | ) |
| | ) |
| *Defendants- Respondents,* | ) |
| _____ | ) |

Pursuant to the Court's August 10, 2018, Order, Defendants file this status report detailing the steps that Immigration and Customs Enforcement (ICE) are taking in coordination with the Bureau of Prisons (BOP) in a good faith effort to comply with the Implementation Plan Order (IPO)—to include form adoption, training, and re-screening of current ICE detainees—for those ICE detainees at FDC SeaTac and FCI Victorville II, on or before August 31, 2018.

1. ICE has identified that all 441 ICE detainees currently at FCI Victorville II and all 56 ICE detainees currently at FDC SeaTac require re-screening consistent with the 14-day *Franco* mental health screening requirements of

the IPO. ICE reports that no detainees at FCI Phoenix require re-screening and that BOP staff at FCI Phoenix do not require new forms or training because ICE detainees at FCI Phoenix are screened at the *Franco*-compliant Florence detention center.

2. As soon as practicable, ICE will provide *Franco* training, as approved by the *Franco* Monitor, to BOP staff at FDC SeaTac and FCI Victorville II.

3. BOP is developing initial and 14-day screening forms to screen ICE detainees using the relevant fields from the IHSC Form 795A-pilot, *see* Exhibit 1, and IHSC Form 795-B, *see* Exhibit 2.

4. Franco trained BOP staff will perform *Franco* intake screenings and *Franco* 14-day mental health screenings in accordance with the terms of the IPO.

5. ICE and BOP will work together to organize additional resources as necessary to perform such 14-day mental health re-screenings by August 31, 2018.

6. If *Franco* screening at covered BOP facilities identify a *Franco* detainee, BOP will contact local ICE staff to transfer that detainee back into ICE custody for all subsequent *Franco* obligations, such as the *Franco* mental health assessment.

7. From this point forward, ICE will attempt to limit new intakes at all BOP sites and attempt to pre-screen all detainees prior to placement at FDC SeaTac and FCI Victorville II. However, if ICE is unable to complete a pre-screening, ICE will notify BOP immediately of any arriving detainees who will need initial and 14-day mental health screenings performed by trained BOP staff.

8. If any ICE detainee transfers from one of the above-referenced BOP facilities, ICE will be responsible to ensure that the detainee is *Franco* screened.

1   Dated: August 17, 2018                    Respectfully submitted,

2                                             /s/ Jeffrey S. Robins
3                                             JEFFREY S. ROBINS
                                              Assistant Director
4                                             United States Department of Justice
5                                             Office of Immigration Litigation
                                              District Court Section
6
7                                             Attorney for Defendants-Respondents
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28