# EXHIBIT I

# ICE Health Service Corps
## Intake Screening (IHSC 795A-pilot)

Date and Time of arrival: _____   Date and Time of Intake: _____

Was the prescreening Progress Note reviewed?  ☐ Yes  ☐ No

Patient was identified by (check 2 sources):  ☐ Wrist Band ☐ in Picture ☐ Verbally ☐ Other: _____

If detainee was transferred from another facility, did a medical transfer summary accompany the detainee?   ☐No ☐ Yes ☐ N/A

## Subjective:

1. What language do you speak? ☐ English  ☐ Spanish  ☐ Other: _____
   Interpreter Provided? ☐ Yes, Name or #: _____
   ☐ No Interpreter utilized, Urgent or Emergent care: Explain:_____
   ☐ No, provider fluent in patient's native language.  ☐ Not Applicable, patient speaks English.
   Chaperone Present? ☐ No ☐ Yes, Name:_____
   Do you have an email address? ☐ No ☐Yes, list email address _____

## Medical Screening

2. How do feel today? (Explain in his/ her own words)_____
3. Are you currently in pain? ☐ No ☐ Yes     If yes, complete pain assessment below:
   3a. Severity: (0-10 pain scale):                  3b. The pain began:
   _____
   3c. The Pain is located                           3d.  The character of pain
   _____
   3e. Are there any aggravating or alleviating factors?  ☐No ☐Yes, explain: _____
   _____
4. Do you have any current or past medical problems? ☐No ☐Yes  **If yes** explain: _____
   _____
5. Have you ever had a head injury or head surgery that affected your activities of daily living? ☐ No ☐Yes
   If yes, explain: _____
6. Have you ever had seizures? ☐ No ☐Yes  If yes, explain:_____
7. Are you currently or have you ever taken medications on a regular basis, including over the counter and herbal?
   ☐No ☐Yes If yes, explain:_____
   7a. Do you have your medications with you? ☐No ☐Yes, List Medications:_____
   _____
8. Do you have any allergies to include allergies to medication or food?  ☐No ☐Yes  If yes, list medications/food:
   _____
9. Are you now or have you ever been treated by a doctor for a medical condition to include hospitalizations, surgeries, infectious or communicable diseases? ☐ No ☐Yes If yes, explain:_____
   _____
10. In the past 2 months, have you experienced any of the following symptoms continuously for more than 2 weeks?
    A cough? ☐No ☐Yes  If yes, explain: _____
    Coughing up blood? ☐No ☐Yes  If yes, explain: _____
    Chest Pain? ☐No ☐Yes   If yes, explain:_____
    Fever, chills, or night sweats for no reason? ☐No ☐Yes  If yes, explain:_____
    Loss of appetite? ☐No ☐Yes  If yes explain:_____
    Unexplained weight loss? ☐No ☐Yes   If yes, explain: _____

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |

12. Do you have a previous history of TB? ❏ No ❏ Yes, explain:_____
    Symptom screening with positive response(s) is concerning for active TB: ☐ No ☐ Yes
13. Have you had any recent acute changes with your vision or hearing? ☐No ☐ Yes, explain:_____
14. Do you have any specific dietary needs? ☐ No ☐ Yes, explain: _____
15. Are you transgender?  ☐No ☐ Yes.  What is your gender self-identification? _____
    15a. What transition related care have you had?_____
16. Have you ever had the chicken pox? ☐ No ☐ Yes ☐ Unsure

**(Females only)**

17. Are you currently breast feeding? ☐ No ☐ Yes
    Are you currently pregnant? ☐ No ☐ Yes   If no, skip to question 18.   When was the first day of your LMP _____?
    Date of Conception: _____        Estimated due date:_____
    Calculated Gestational Age:_____        Have you had any leakage of fluid? ☐ No ☐ Yes
    Have you had any vaginal bleeding?     ☐No  ☐ Yes        Have you had any contractions? ☐ No ☐ Yes
    Have you had dysuria? ☐No ☐Yes        Have you been taking a prenatal vitamin daily?  ☐ No ☐ Yes
    Are you currently receiving prenatal care? ☐No ☐Yes  Where are you receiving care?_____
    When was your last prenatal visit?_____ Have you had any fetal movement? ☐ No ☐ Yes
    Has there been any change in the frequency or intensity of fetal movement? ☐ No ☐ Yes
    Is the patient identified as a high-risk pregnancy? ☐ No  ☐ Yes
    What countries or territories have you traveled to or from during your pregnancy? _____
    In the past 2 weeks have you experienced any of the following: muscle and joint aches, rash, weepy, crusty and/or red eyes, or sudden fatigue? ☐ No ☐ **Yes, will schedule in 2 weeks for serologic testing.**
18. Have you ever been pregnant? ☐ No ☐ Yes   If yes, how many pregnancies have you had? # ____
    How many live births? #_____     How many full term births?  #_____  How many living children? # _____
    How many preterm births? #____   How many abortions? # _____   How many living children? #_____
19. Have you had unprotected sex in the past 5 days?  ☐ No ☐**Yes, explain**:_____
    If yes, would you like to speak to a medical provider about emergency contraception to prevent a possible pregnancy?
    ☐No ☐ **Yes**, **refer to a medical provider**.

## Oral Screening

20. Are you having any significant dental problems? ☐ No ☐ Yes  If yes, explain: _____

## Mental Health Screening

21. Have you ever received counseling for mental health problems? ☐No ☐**Yes, will refer for a mental health assessment.**
    If yes, explain:_____
    _____
22. Have you ever received medication for mental health problems? ☐No ☐**Yes, will refer for a mental health assessment.**
    If yes, explain:_____
    _____
23. Have you ever received treatment or hospitalization for mental health problems? ☐ No ☐ **Yes, will refer for mental health assessment.**  Explain: _____
24. Have you ever tried to kill yourself? ☐ Denies ☐ Admits, method: ☐ Gun ☐ Hanging ☐ Cutting Skin ☐ Pills ☐ Other
    24a. When was the last time you thought about killing yourself? ☐ **Within the last 12 months, will refer for a mental health assessment**  ❏ More than 12 months ago?  ❏ More than four years ago?

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |

**ICE Health Service Corps**
**Intake Screening (IHSC 795A-pilot) (continued)**

25. Are you currently thinking about killing yourself? ☐ Denies  ☐ **Admits - Will ensure safety and consult immediately with BHP, APP, or MD; Refer for mental health assessment.**
26. Have you ever tried to harm yourself? ☐ Denies ☐ Admits.  ☐**If admits within the last 12 months, will refer for mental health assessment.**    ☐ More than 12 months ago?  ☐ More than four years ago?
27. Are you currently thinking about harming yourself? ☐ Denies ☐ Admits - **Will ensure safety and consult immediately with BHP, APP, or MD; Refer for mental health assessment.**
28. Do you have a history of assaulting others? ☐ No ☐ **Yes, will refer for a mental health assessment.**
    If yes, explain: _____
29. Do you ever hear voices that others do not hear? ☐ No ☐ **Yes**, **will refer for a mental health assessment.**
    If yes, explain: _____
30. Do you ever see things that others do not see? ☐ No ☐ **Yes**, **will refer for a mental health assessment.**
    If yes, explain: _____
31. Do you believe someone can control your mind? ☐ No ☐ **Yes**, **will refer for a mental health assessment.**
    If yes, explain:_____
32. Have you been a victim of physical abuse? ☐ Denies ☐ Admits
    Did this happen in the last 6 months ☐ No  ☐ **Yes, will refer for a mental health assessment.**
33. Have you been a victim of sexual abuse? ☐ Denies ☐ Admits
    Did this happen in the last 6 months ☐ No  ☐ **Yes, will refer for a mental health assessment.**
34. Do you feel that you are currently in danger of being physically or sexually assaulted? ☐ No ☐ **Yes**
    If yes, explain:_____
35. Have you ever sexually assaulted anyone? ☐ No ☐ **Yes**, **will refer for mental health assessment.**
    If yes, explain: _____
    **Trauma Screening**
36. Have you ever witnessed, experienced an event that involved actual or threatened death or serious injury? ☐ No ☐ **Yes**
    **If yes**, is this experience causing significant distress or impairment in your life? ☐ No ☐ **Yes, will refer for mental health assessment.**

## Learning/Cultural/Religious Assessment

37. Is there anything important to know about your religious or cultural beliefs that are of concern to you while in detention?
    ☐No ☐ **Yes, explain:** _____
38. Have you ever had difficulties learning? ☐ No ☐ **Yes, Explain:**_____
39. Do you have difficulties reading or writing?  ☐ Reading ☐ Writing  ☐ No
40. Do you ever have difficulties understanding written information?  ☐ No ☐ **Yes, explain**:_____
41. Have you received help for a developmental disability or learning disability?☐ No ☐ **Yes**, **will refer for mental health assessment.** Explain:

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |

IHSC 795A-pilot     4/2018                                Page 3  of 5

## Substance Use/Abuse Screening

42. Do you now or have you ever used tobacco products? ☐ No ☐ Yes   (If yes, give details below)
43. Do you now or have ever drank alcohol? ☐ No ☐ Yes   (If yes, give details below)
44. Have you ever been treated or hospitalized for alcohol problems? ☐ No ☐ Yes
45. Have you ever had alcohol withdrawal? ☐ No ☐ Yes
46. Do you now or have you ever used drugs? ☐ No ☐ Yes   (If yes, give details below)
47. Have you ever been treated or hospitalized for drug problems? ☐ No ☐ Yes
48. Have you ever suffered from drug withdrawal? ☐ No ☐ Yes

| Substance Use/Route of Use | Date of last Use | Amount/Quantity Last Used |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## Objective:

Patient **appear**s to have **normal** ☐ **physical characteristics** ☐ **emotional characteristics,**  and
☐ **no barriers to communication.**
☐ Patient appears **oriented** to person, place, time and situation.
Explain any abnormalities the patient appears to have: _____

If you observe any of the following, check the appropriate box:

☐ Low vision              ☐ Skin broken out in bumps/rash     ☐ Cuts, bruises, jaundice, lesions, scars or tattoos
☐ Shaking/tremors         ☐ Hearing difficulty/impairment     ☐ Difficulty when forming speech
☐ Excessive sweating      ☐ Abnormal breathing                ☐ Needle tracks
☐ Glasses or contacts     ☐ Nits or active lice
☐ Mobility Impairment:  Wheelchair, crutches, prosthesis, cane, other _____
Comments: _____
_____
_____

## Vital Signs

T _____  P _____  Resp. _____  BP_____  Hgt._____  Wt_____ HGC Results: ☐ Pos ☐ Neg     N/A (male)

## Assessment:

**Initial Medical Screening:**     ☐ 00.2 Normal Intake Screening  ☐ 00.4 Abnormal Intake Screening

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |

# ICE Health Service Corps
## Intake Screening (IHSC 795A-pilot) (continued)

**Plan:**

| | |
|---|---|
| **Disposition:** | |
| ☐ Medically cleared for custody | ☐ Medically cleared for custody; Pending Chest X-ray results |
| ☐ Medically cleared for custody; Pending TB clearance | ☐ Medically cleared for custody; with TB clearance |
| ☐ Medically cleared for custody: Negative Chest X-ray | ☐ Medically cleared for custody, follow up visit scheduled |
| ☐ Medically cleared, follow up visit scheduled, pending chest X-ray | |
| ☐ Referral to appropriate health care services for emergency treatment | |
| ☐ Admitted to MHU until medically evaluated | ☐ Care transferred to provider for urgent needs |

**Education:**
- ☐ Tuberculosis and CXR explained to patient and process completed with appropriate shielding
- ☐ Physical exam scheduled for patient
- ☐ Access to medical/dental/mental health care via sick call, grievance process explained to patient,
- ☐ Patient given the Dealing with Stress and Medical Orientation and Health Information Brochure in the patient's language
- ☐ Patient verbalized understanding of any teaching or instruction
- ☐ Patient was asked if he or she had any additional questions, and any questions were addressed

| Care/Interventions/Follow-up: | ☐ Physical exam scheduled for patient on:_____(date).<br>☐ The following care/treatment was given during this intake screening:<br>_____<br>_____ |
|---|---|

_____
Provider's Signature          Stamp/Printed Name          Date          Time

_____
Reviewer's Signature          Stamp/Printed Name          Date          Time

| Last Name: | First Name: |
|---|---|
| A#: | Nationality: |
| Date of Arrival: | DOB: |
| Facility: | Sex: |