# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*,<br><br>    *Plaintiffs-Petitioners*,<br><br>        v.<br><br>KIRSTJEN NIELSEN, Secretary, Department of Homeland Security, *et al.*,<br><br>    *Defendants- Respondents*, | Case No.: CV 10-2211-DMG (DTBx)<br><br>**ORDER RE: SECOND JOINT STIPULATION FOR EXTENSIONS OF TIME REGARDING COURT'S AUGUST 10, 2018 ORDER [1014]** |

It is hereby ORDERED that the parties' Second Joint Stipulation to extend the time for the parties to file motions regarding the question of amendment of Appendix A, and/or compliance with the Implementation Plan Order, until October 3, 2018, is GRANTED.

DATED: September 25, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE