**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO FRANCO GONZALEZ, et al.,<br><br>Plaintiffs-Petitioners,<br><br>vs.<br><br>WILLIAM BARR, Attorney General, et al.,<br><br>Defendants-Respondents. | Case No.: CV 10-2211-DMG (DTBx)<br><br>**ORDER RE STIPULATION ON BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO REOPEN LIMITED DISCOVERY TO ESTABLISH NON-COMPLIANCE WITH COURT ORDERS [1048]** |

Good cause having been shown in the parties' Stipulation Re: Briefing Schedule for Plaintiffs' Motion to Reopen Limited Discovery to Establish Non-Compliance with Court Orders, the stipulation is hereby APPROVED.

The briefing schedule for Plaintiffs' motion to be heard before this Court on December 13, 2019 is as follows:

1. Defendants' response will be due on November 20, 2019.
2. Plaintiffs' reply will be due on November 27, 2019.

IT IS SO ORDERED.

DATED: November 18, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE