**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, et al.,<br><br>  Plaintiffs-Petitioners,<br><br>vs.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security, et al.,<br><br>  Defendants- Respondents. | Case No.: CV 10-2211-DMG (DTBx)<br><br>**ORDER RE: JOINT STIPULATION TO RENOTICE HEARING ON PLAINTIFFS' MOTION [1050] AND MODIFY BRIEFING SCHEDULE [1055]** |

IT IS HEREBY ORDERED that the parties' Joint Stipulation to re-notice the hearing on Plaintiffs' motion [Doc. #1042] and modify briefing schedule is GRANTED. The hearing is continued **to December 20, 2019 at 10:00 a.m.,** Defendants' opposition is due December 4, 2019, and Plaintiffs' reply is due December 11, 2019.

DATED: November 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　／s／ Dolly M. Gee
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE