AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
JESSICA KARP BANSAL (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone:  (213) 977-5211
Facsimile:   (213) 417-2211

MICHAEL H. STEINBERG (SBN 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:  (310) 712-6600
Facsimile:   (310) 712-8800
*Attorneys for Plaintiffs-Petitioners*
(Additional Counsel for Plaintiffs on Following Page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO GONZALEZ, *et al.*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>*Defendants-Respondents*. | Case No. 10-CV-02211 DMG (DTBx)<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE A SUR-REPLY IN SUPPORT OF MOTION TO REOPEN LIMITED DISCOVERY TO ESTABLISH NON-COMPLIANCE WITH COURT ORDERS**<br><br>Honorable Dolly M. Gee |

JUDY LONDON (SBN 149431)
jlondon@publiccounsel.org
TALIA INLENDER (SBN 253796)
tinlender@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385 2977
Facsimile: (213) 385-9089

JUDY RABINOVITZ (*pro hac vice*)
JRabinovitz@aclu.org
STEPHEN KANG (SBN 292280)
skang@aclu.org
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

DAVID LOY (SBN 229235)
davidloy@aclusandiego.org
ACLU OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, California 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

MATT ADAMS (SBN 28287)
matt@nwirp.org
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, Washington 98104-2244
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

*Attorneys for Plaintiffs-Petitioners*

**DECLARATION OF JESSICA KARP BANSAL**

I, Jessica Karp Bansal, hereby declare:

1. I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows.

2. I am a Senior Staff Attorney with the ACLU of Southern California and one of the attorneys of record for Plaintiffs in this action. I have personal knowledge of each fact stated in this declaration.

3. On January 8, 2020, I advised counsel for Defendants by email of Plaintiffs' intention to file an ex parte application for leave to file a sur-reply to respond to new arguments raised in Defendants' sur-reply.

4. Counsel for Defendants indicated that Defendants oppose Plaintiffs' request and do not intend to file an opposition.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed this 8th day of January, 2020 in San Bernardino, California.

/s/ Jessica Karp Bansal
JESSICA KARP BANSAL