AHILAN T. ARULANANTHAM (SBN 237841)
aarulanantham@aclusocal.org
JESSICA KARP BANSAL (SBN 277347)
jbansal@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, California 90017
Telephone:   (213) 977-5211
Facsimile:    (213) 417-2211

MICHAEL H. STEINBERG (SBN 134179)
steinbergm@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Telephone:   (310) 712-6600
Facsimile:    (310) 712-8800
*Attorneys for Plaintiffs-Petitioners*
(Additional Counsel for Plaintiffs on Following Page)

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO GONZALEZ, *et al.*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>*Defendants-Respondents*. | Case No. 10-CV-02211 DMG (AGRx)<br><br>**JOINT STATUS REPORT REGARDING COMPLIANCE DISCOVERY**<br><br>Honorable Dolly M. Gee |

JUDY LONDON (SBN 149431)
jlondon@publiccounsel.org
TALIA INLENDER (SBN 253796)
tinlender@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385 2977
Facsimile: (213) 385-9089

JUDY RABINOVITZ (*pro hac vice*)
JRabinovitz@aclu.org
STEPHEN KANG (SBN 292280)
skang@aclu.org
ACLU IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, New York 10004-2400
Telephone: (212) 549-2618
Facsimile: (212) 549-2654

DAVID LOY (SBN 229235)
davidloy@aclusandiego.org
ACLU OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, California 92138
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

MATT ADAMS (SBN 28287)
matt@nwirp.org
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Avenue, Suite 400
Seattle, Washington 98104-2244
Telephone: (206) 957-8611
Facsimile: (206) 587-4025

*Attorneys for Plaintiffs-Petitioners*

On November 8, 2019, Plaintiffs filed a Motion for Leave to Conduct Limited Discovery to Establish Non-Compliance with Court Orders. Dkt. 1042. On January 10, 2020, the Court granted Plaintiffs' Motion. Dkt. 1072. The Court ordered the parties to meet and confer and file a Joint Status Report to propose a timeline for the completion of the requested discovery. The parties filed their Joint Status Report on January 24, 2020. Dkt. 1073. On February 20, 2020, the Court issued an order directing Plaintiffs to serve an amended set of Requests for Production ("RFPs") and ordering the parties to file any discovery motions regarding the discovery parameters by March 20, 2020. Plaintiffs served amended RFPs on February 25, 2020. *See* Declaration of Jessica Karp Bansal, Exh. A.

The parties now submit this Joint Status Report to inform the Court that they did not file any discovery motions by March 20, 2020 because they have resolved all existing issues regarding discovery parameters as follows:[1]

1. The parties agree that the protective order at Dkt. 507 should apply to Plaintiffs' requested productions and will seek an order from the Court to that effect. Defendants may also find it necessary to pursue a clawback agreement based on the volume of Electronically Stored Information, and will meet and confer with Plaintiffs accordingly.

2. <u>RFP 1</u>: Defendants will produce Main Class Member statistics for a representative sample of 30% of Main Class Members as of July 10, 2019 and January 10, 2020. This sample will be randomly selected and adjusted for geographic distribution. Defendants will produce half of these Main Class Member Statistics by June 20, 2020 and the rest by September 20, 2020.

---

[1] Defendants have noted for Plaintiffs, and note for the Court that their ability to agree to timeframes is based on access to files, resources, and staff at this time. Developments related to the spread of COVID-19, including the potential closing down of immigration courts, limited access to detention facilities, potential illness of staff, and additional challenges created by telework and childcare arrangements, all could impact the ability to both receive and review documents for production.

1

3. <u>RFP 3</u>: Defendants will produce Main Class Member File Sampling Protocol Documents for at least 25% of Main Class Members as of July 10, 2019 and January 10, 2020. Defendants will produce half of these Main Class Member File Sampling Protocol Documents by June 20, 2020 and the rest by September 20, 2020.

4. <u>RFP 5</u>:

   a. Defendants will produce responsive documents (consisting of responsive medical records) other than responsive Electronically Stored Information, including communications among Qualified Mental Health Providers, between Qualified Mental Health Providers and ICE, and between Qualified Mental Health Providers and detention facility personnel, for individuals detained in IHSC facilities by June 20, 2020.

   b. Defendants will produce the remaining responsive documents by September 20, 2020 (consisting of responsive medical records), other than responsive Electronically Stored Information, except that:

      i. For any non-IHSC facility that did not maintain electronic records indicating whether detained individuals were diagnosed while in custody with, or were identified as having been diagnosed in the past with, a Covered Symptom or Disorder as of October 1, 2019, but began maintaining such records electronically at a later date, Defendants will:

         1. Produce responsive documents for unrepresented immigration detainees who were receiving medication to treat a Covered Symptom or Disorder;

         2. Meet and confer with Plaintiffs in good faith to select new dates, after which the facility began maintaining

          relevant records electronically, on which Defendants may base the production of responsive documents for unrepresented immigration detainees who were diagnosed while in custody with, or identified as having been diagnosed in the past with, a Covered Symptom or Disorder.

    ii. For any non-IHSC facility that did not and still does not maintain electronic records indicating whether detained individuals were diagnosed in while in custody with, or were identified as having been diagnosed in the past with, a Covered Symptom or Disorder, Defendants will:

        1. Produce responsive documents for unrepresented immigration detainees who were receiving medication to treat a Covered Symptom or Disorder;

        2. Review a random sample of 25% of initial screening forms for unrepresented immigration detainees for whom ICE either never filed a notice of Class membership or for whom Class notice was filed more than 77 days after the individual came into custody and who were not receiving medication while in custody to treat a Covered Symptom or Disorder and produce responsive documents for those individuals identified in the screening form as having been diagnosed in the past with a Covered Symptom or Disorder;

        3. Produce medical records for 100 randomly selected unrepresented immigration detainees for whom ICE either never filed a notice of Class membership or for

whom Class notice was filed more than 77 days after the individual came into custody and who were not receiving medication while in custody to treat a Covered Symptom or Disorder.

    c. Defendants endeavor to produce responsive Electronically Stored Information (excluding responsive medical records as referenced above) within six months of identifying the unrepresented immigration detainees whose documents are to be produced in response to RFP 5. Defendants anticipate that it will take until April 20, 2020 to identify these individuals. Defendants will meet and confer with Plaintiffs' counsel on or before April 20, 2020 regarding the status of identification efforts, the number of responsive cases, and any requested adjustments to the production deadlines based on the number of responsive cases identified. If the parties are unable to agree on adjustments to the production deadlines following the meet and confer, the parties agree that they will seek a decision from the Court by means of a joint motion to set production schedule.

5. <u>RFP 6</u>: Defendants endeavor to produce documents responsive to RFP 6 within six months of identifying the unrepresented immigration detainees whose documents are to be produced in response to RFP 5. Defendants anticipate that it will take until April 20, 2020 to identify these individuals. Defendants will meet and confer with Plaintiffs' counsel on or before April 20, 2020 regarding the status of identification efforts, the number of responsive cases, and any requested adjustments to the production deadlines based on the number of responsive cases identified. If the parties are unable to agree on adjustments to the production deadlines following the meet and confer, the parties agree that they will

seek a decision from the Court by means of a joint motion to set production schedule.

6. <u>RFP 7</u>: Defendants will produce responsive documents by June 20, 2020.

Respectfully submitted,

Dated: March 24, 2020

*/s/ Jessica Karp Bansal*[2]
JESSICA KARP BANSAL
*Counsel for Plaintiffs-Petitioners*

*/s/ Jeffrey Robins (with permission)*
JEFFREY ROBINS
*Attorney for Defendants-Respondents*

---

[2] As the filer of this Joint Status Report, I attest that all of the above parties concur in the content of the Joint Status Report and have authorized its filing.