JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
450 5th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
Attorneys for Defendants-Respondents

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*, <br><br> *Plaintiffs-Petitioners*, <br><br> v. <br><br> CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*, <br><br> *Defendants- Respondents*, | Case No. 10-CV-02211 DMG (DTBx) <br><br> **DEFENDANTS' NOTICE RE: COMPLIANCE** <br><br> Honorable Dolly M. Gee |

Defendants submit this notice and supporting declaration in response to the Court's February 20, 2020, Order regarding the Parties' Joint Status Report Re Discovery Deadlines. ECF Dkt. No. 1074. That Order requires, in part, that "[b]y March 31, 2020, Defendants' counsel file a declaration verifying continued compliance with their obligations as to training materials that were imposed by the Court's prior Orders [*see* Doc. ## 973, 996]." Defendant U.S. Immigration and Customs Enforcement ("ICE") certifies that:

1. IHSC continues to comply with its obligations under Doc. ## 973, 996 to utilize the training and guidance materials that accompany screening tools at IHSC facilities;

2. IHSC continues to provide training to IHSC personnel involved in the screening process at IHSC facilities in the use of new materials.

*See* Exhibit 1, Declaration of Captain Indira Harris, Chief, Behavioral Health Unit ICE Health Service Corps.[1]

Dated: March 31, 2020    Respectfully submitted,

/s/ *Jeffrey S. Robins*
JEFFREY S. ROBINS
Deputy Director
United States Department of Justice
Office of Immigration Litigation
District Court Section

Attorney for Defendants-Respondents

---

[1] A declaration regarding the Executive Office of Immigration Review's ongoing training of immigration judges is not required by the Court's Order because Plaintiffs' Requests for Productions 8 and 9 only seek documents related to ICE, and where Plaintiffs sought information that called for a response from EOIR, the Court recognized that "Defendants need not comply with Interrogatories 2 and 4 to the extent they request information about *bona fide* doubt findings," Dkt. 1074 at 6.