# EXHIBIT 1

JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Deputy Director
450 5th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
Attorneys for Defendants-Respondents

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*,<br><br>*Plaintiffs-Petitioners*,<br><br>v.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*,<br><br>*Defendants- Respondents,*<br>_____ | Case No. 10-CV-02211 DMG (DTBx)<br><br>**DECLARATION OF CAPTAIN INDIRA HARRIS**<br><br>Honorable Dolly M. Gee |

I, Indira Harris, declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the following is true and correct:

1. I am a Licensed Clinical Social Worker and U.S. Public Health Service (USPHS) Commissioned Corps Officer serving within the U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) Health Service Corps. I am the Behavioral Health Unit (BHU) Chief for IHSC and have been in this position for 1.5 years.

2. As Chief of the BHU, I provide direct supervision for Headquarters (HQ) Behavioral Health Consultants and Regional Behavioral Health Consultants in all aspects of behavioral health care to include, but not limited to clinical

supervision, case management oversight and consultation. I am responsible for planning, directing, coordinating, and evaluating the activities of the Behavioral Health Unit. I also provide national leadership and direction in the development of IHSC's goals, priorities, policies, and program activities designed to prevent and treat mental illness and promote mental health. As BHU Chief, I am also responsible for the policy development coordination, implementation, and management of the Unit's operations as they pertain to a broad program of supported activities.

3. IHSC continues to comply with its obligations under the Court's orders [Doc. ## 973, 996] to utilize training and guidance materials that accompany screening tools at IHSC facilities.

4. IHSC continues to provide training to IHSC personnel involved in the screening process at IHSC facilities in the use of such materials.

Executed this 31st day of March, 2020.

_____
Captain Indira Harris
Chief, Behavioral Health Unit
ICE Health Service Corps
Washington, D.C.

1