1
2
3
4
5
6
7
8
9

JOSEPH H. HUNT
Assistant Attorney General
U.S. Department of Justice
Civil Division
WILLIAM C. PEACHEY
Director
JEFFREY S. ROBINS
Deputy Director
JAMES J. WALKER
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4468
Facsimile: (202) 305-7000
Attorneys for Defendants-Respondents

10
11
12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20

| | |
|---|---|
| JOSE ANTONIO FRANCO-GONZALEZ, *et al.*,<br><br>    *Plaintiffs-Petitioners*,<br><br>v.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security, *et al.*,<br><br>    *Defendants- Respondents*,<br>_____ | Case No. 10-CV-02211 DMG (DTBx)<br><br>**JOINT STIPULATION TO AMEND ORDER IMPLEMENTING COURT'S PERMANENT INJUNCTION; [PROPOSED] AMENDED APPENDIX A; [PROPOSED] ORDER**<br><br>**Honorable Dolly M. Gee**<br>**Hearing: 9:30 a.m., November 26, 2021** |

21
22
23
24
25
26
27
28

        The parties respectfully request this Court amend the Order Further

Implementing this Court's Permanent Injunction ("Implementation Plan Order"),

ECF No. 786, by replacing Appendix A of the Implementation Plan Order with the

Amended Appendix A, included herein as Exhibit 1. Appendix A was last amended

through a stipulation of the parties on October 19, 2018. *See* ECF Nos. 1018, 1019.

As indicated in the Implementation Plan Order, Defendants affirm that the facilities identified in Amended Appendix A are the exclusive locations where immigration detainees are detained for more than 72 hours in the States of Washington, Arizona and California, and further affirm that the national detention standards listed next to each of those facilities are those in force at those facilities today. *See* Implementation Plan Order 4 n.5.

On October 4, 2021, Defendants informed Plaintiffs-Petitioners ("Plaintiffs") they would move to amend Appendix A of the Implementation Plan Order to include the Golden State Annex (GSA) in McFarland, California, and the Desert View Annex (DVA) in Adelanto, California.

On October 5, 2021, undersigned counsel confirmed that Plaintiffs stipulate to this proposed amendment of Appendix A.


Dated: October 29, 2021                         Respectfully submitted,

                                                */s/ James J. Walker*
                                                JAMES J. WALKER
                                                Senior Litigation Counsel
                                                Office of Immigration Litigation
                                                District Court Section

                                                Attorney for Defendants-Respondents

1