UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTONIO FRANCOGONZALEZ, et al.,<br><br>*Plaintiffs-Petitioners*,<br><br>vs.<br><br>CHAD WOLF, Acting Secretary, Department of Homeland Security, et al.,<br><br>*Defendants- Respondents*. | Case No.: CV 10-2211-DMG (DTBx)<br><br>**ORDER AMENDING APPENDIX A OF THE COURT'S IMPLEMENTATION PLAN ORDER [1090]** |

Good cause appearing, IT IS HEREBY ORDERED that Appendix A of the Implementation Plan Order, attached hereto, is AMENDED pursuant to the parties' stipulation.

DATED: November 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

ERO Custody Management Division
## Authorized Facilities in the States of Arizona, California and Washington

Data: Facility Performance Management System (FPMS) database, 6/18/2014.
BOP Facilities are Authorized under BOP jurisdiction and used by ICE on a temporary basis.

| DETLOC | FACILITY NAME | CITY | STATE | AOR | FACILITY TYPE | DETENTION STANDARD | IHSC STAFFED? |
|---|---|---|---|---|---|---|---|
| CCAFLAZ | CCA, FLORENCE CORRECTIONAL CENTER | FLORENCE | AZ | PHO | USMS IGA | PBNDS 2008 | NO |
| EAZ | ELOY FEDERAL CONTRACT FACILITY | ELOY | AZ | PHO | DIGSA | PBNDS 2011 | YES |
| FLO | FLORENCE SERVICE PROCESSING CENTER | FLORENCE | AZ | PHO | SPC | PBNDS 2011 | YES |
| LPLCCAZ | LA PALMA CORRECTIONAL CENTER | ELOY | AZ | PHO | IGSA | PBNDS 2011 | NO |
| SLRDCAZ | SAN LUIS REGIONAL DETENTION CENTER | SAN LUIS | AZ | SND | USMS IGA | NDS | NO |
| ADLNTCA | ADELANTO ICE PROCESSING CENTER | ADELANTO | CA | LOS | DIGSA | PBNDS 2011 | NO |
| CONWECA | CONTRA COSTA COUNTY JAIL WEST | RICHMOND | CA | SFR | USMS IGA | NDS | NO |
| IRADFCA | IMPERIAL REGIONAL DETENTION FACILITY | CALEXICO | CA | SND | DIGSA | PBNDS 2011 | NO |
| MUSIKCA | JAMES A. MUSICK FACILITY | IRVINE | CA | LOS | IGSA | PBNDS 2008 | NO |
| CACFMES | MESA VERDE ICE PROCESSING CENTER | BAKERSFIELD | CA | SFR | DIGSA | PBNDS 2011 | NO |
| CCASDCA | OTAY MESA DETENTION CENTER (SAN DIEGO CDF) | SAN DIEGO | CA | SND | USMS CDF | PBNDS 2011 | YES |
| TLACYCA | THEO LACY FACILITY | ORANGE | CA | LOS | IGSA | PBNDS 2008 | NO |
| YUBAJCA | YUBA COUNTY JAIL | MARYSVILLE | CA | SFR | IGSA | NDS | NO |
| COWJVWA | COWLITZ COUNTY JUVENILE | LONGVIEW | WA | SEA | IGSA JUVENILE | JFRMU | NO |
| CSCNWWA | TACOMA ICE PROCESSING CENTER (NORTHWEST DET CTR) | TACOMA | WA | SEA | CDF | PBNDS 2011 | YES |
| GLDSACA | GOLDEN STATE ANNEX | MCFARLAND | CA | SFR | CDF | PBNDS 2011 | NO |
| CADESVI | DESERT VIEW | ADELANTO | CA | LOS | CDF | PBNDS 2011 | NO |
| | | | | | | | |
| BOPPHX | PHOENIX FEDERAL CORRECTIONAL INSTITUTE | PHOENIX | AZ | PHO | BOP | BOP*+ | NO |
| BOPVIM | FCI VICTORVILLE | VICTORVILLE | CA | LOS | BOP | BOP* | NO |
| BOPSET | SEATAC FEDERAL DETENTION CENTER | SEATAC | WA | SEA | BOP | BOP* | NO |

*ICE detainees at BOP facilities will either be initially screened at 1) an ICE facility or 2) consistent with the Implementation Plan Order by *Franco* trained BOP personnel using *Franco* screening forms.
+ Although Phoenix FCI has no ICE detainees as of September 21, 2018, if an ICE detainee is to be housed at FCI Phoenix, ICE will verify and ensure that the staff is trained in *Franco* identification.

Exhibit 1